**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7349**

RONALD MCCLARY,

   Plaintiff - Appellant,

  v.

JOSEPH LIGHTSEY,

   Defendant - Appellee

  and

PAMELA HENDERSON; MITCHELL LAWSON; HERIBERTO SIERRA,

   Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:16-ct-03052-BO)

Submitted: January 17, 2019       Decided: January 23, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se. Elizabeth Pharr McCullough, Madeleine Michelle Pfefferle, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for

Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary seeks to appeal the district court's order granting Joseph Lightsey's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because claims against several defendants remain pending below and the district court did not certify the order for immediate appeal, the order McClary seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*